

# MIRANDA SLONE SKLARIN VERVENIOTIS LLP

MICHAEL A. MIRANDA*
STEVEN VERVENIOTIS
ONDINE SLONE
RICHARD S. SKLARIN°
MAURIZIO SAVOIARDO
KELLY M. ZIC
FRANK R. MALPIGLI◊

THE ESPOSITO BUILDING
240 MINEOLA BOULEVARD
MINEOLA, NY 11501
TEL  (516) 741-7676
FAX  (516) 741-9060

WWW.MSSSV.COM

ANNE P. EDELMAN
GABRIELLA CAMPIGLIA
RICHARD B. EPSTEIN
FRANK G. LANZO
ABRAHAM WARMBRAND
DEBORA J. DILLON°
KEVIN DONNELLY°*
TUERÉ RODRIGUEZ
JACKLYN MACIAS∞
EDWARD DENBY
CHRISTINA M. PAPATHOMAS

WRITER'S DIRECT DIAL:
(516) 743-9559

WRITER'S E-MAIL:
MSAVOIARDO@MSSSV.COM

BRANCH OFFICES:
WESTCHESTER, NY
NEW YORK, NY
CLARK, NJ

*ALSO ADMITTED IN NEW JERSEY
◊ALSO ADMITTED IN CALIFORNIA
◊ALSO ADMITTED IN FLORIDA
° RESIDENT IN WESTCHESTER

**MEMO ENDORSED**

December 13, 2019

**VIA ECF**
Hon. Kenneth M. Karas
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

> Re: ***Galgano v. County of Putnam, et al.***
> 16-cv-03572 (KMK)

Dear Judge Karas:

We represent the Individual Putnam County Defendants Adam Levy, Andres Gil, Lourdes Gonzales and Henry Lopez. We write to respectfully request permission to file exhibits to our Motion to Dismiss the Second Amended Complaint containing Grand Jury minutes under seal. All parties have consented to this request.

While Justice Zuckerman of the Supreme Court, Putnam County had previously unsealed these records for the limited purpose of use in the instant litigation. Due to the confidential nature of the Grand Jury proceedings, and in order to be consistent with Magistrate Davison's September 20, 2018 Order that certain communications of plaintiff should be filed under seal, we are requesting permission to file the exhibits containing excerpts of the Grand Jury proceedings under seal.

**MIRANDA SLONE SKLARIN VERVENIOTIS** LLP

---

**HON. KENNETH M. KARAS**
**DECEMBER 13, 2019**
**PAGE 2 OF 2**

      We thank the Court for its consideration in this matter.

                    Respectfully Submitted,
                    **MIRANDA SLONE SKLARIN VERVENIOTIS** LLP

                    */s/ Maurizio Savoiardo*
                    Maurizio Savoiardo

cc: All Counsel (via ECF)

*Granted,*
*So Ordered.*
*[signature]*
*12/16/19*