USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/27/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GEORGE GALGANO,

                 Plaintiff,

   - against -

COUNTY OF PUTNAM, NEW YORK;
TOWN OF CARMEL, NEW YORK;
ADAM LEVY; ANDRES GIL, LOURDES
GONZALEZ; HENRY LOPEZ; and
MICHAEL T. NAGLE,

                 Defendants.
------------------------------------------------------------X

16-CV-03572 (KMK)

**ORDER**

This matter having come before the Court upon the motion of Defendants Adam Levy, Andres Gil, Lourdes Gonzalez, and Henry Lopez for an Order unsealing records related to plaintiff's arrest on or about July 2, 2014 on charges related to the alleged possession of narcotics, the Court finds that the records related to plaintiff's arrest and subsequent prosecution in Westchester County, New York are necessary to the adjudication of the instant matter. As such, it is hereby

**ORDERED** that all records related to the arrest and/or prosecution of plaintiff George Galgano on or about July 2, 2014 for the alleged possession of narcotics previously sealed pursuant to New York State Criminal Procedure Law § 160.50 are hereby unsealed; and it is further

**ORDERED** that the Westchester County District Attorney's Office, the Westchester County Clerk's Office, the New York State Police, and the New York State Unified Court System make all records related to the arrest and/or prosecution of plaintiff George Galgano previously sealed pursuant to § 160.50 available to the parties in the instant lawsuit by providing same to Maurizio Savoiardo c/o Miranda Sloan Sklarin Verveniotis, 240 Mineola Blvd, Mineola, N.Y. 11501 within ____ days of being served with a copy of this order; and movant's counsel shall provide copies of the records received to all parties; and it is further

**ORDERED** that records unsealed pursuant to this order are only to be used in relation to this litigation.

SO ORDERED:

_____
Hon. Paul E. Davison,
U.S.M.J.

10/27/20