UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GEORGE GALGANO,

              Plaintiff,

   -  against -

COUNTY OF PUTNAM, NEW YORK;
TOWN OF CARMEL, NEW YORK;
ADAM LEVY; ANDRES GIL, LOURDES
GONZALEZ; HENRYLOPEZ; and
MICHAEL T. NAGLE,

              Defendants.
-------------------------------------------------------------X

16-CV-03572 (KMK)

**ORDER**

This matter having come before the Court upon the motion of Defendants Adam Levy, Andres Gil, Lourdes Gonzalez, and Henry Lopez for an Order unsealing records related to the prosecution of Lani Zaimi by the Putnam County District Attorney's Office, indictment number 14-024, the Court finds that the records related to the prosecution of Lani Zaimi are necessary to the adjudication of the instant matter. As such, it is hereby

    **ORDERED** that all records related to the prosecution of Lani Zaimi, indictment number 47-2013, previously sealed pursuant to New York State Criminal Procedure Law § 160.50 are hereby unsealed; and it is further

    **ORDERED** that Defendant County of Putnam produce all non-privileged records related to the prosecution of Lani Zaimi, indictment number 14-024, to all other parties; and it is further

    **ORDERED** that records unsealed pursuant to this order are only to be used in relation to this litigation.

SO ORDERED:

Hon. Paul E. Davison,
U.S.M.J.

10/27/20