USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/27/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GEORGE GALGANO,

                                                    16-CV-03572 (KMK)

                          Plaintiff,

    -   against  -

COUNTY OF PUTNAM, NEW YORK;                **ORDER**
TOWN OF CARMEL, NEW YORK;
ADAM LEVY; ANDRES GIL, LOURDES
GONZALEZ; HENRYLOPEZ; and
MICHAEL T. NAGLE,

                          Defendants.
-----------------------------------------------------------X

This matter having come before the Court upon the motion of Defendants Adam Levy, Andres

Gil, Lourdes Gonzalez, and Henry Lopez for an Order unsealing records related to the prosecution

of Lia LoRusso by the Putnam County District Attorney's Office, indictment number 14-043, the

Court finds that the records related to the prosecution of Lia LoRusso are necessary to the

adjudication of the instant matter.  As such, it is hereby

        **ORDERED** that all records related to the prosecution of Lia LoRusso, indictment number

14-043, previously sealed pursuant to New York State Criminal Procedure Law § 160.50 are

hereby unsealed; and it is further

        **ORDERED** that Defendant County of Putnam produce all non-privileged records related

to the prosecution of Lia LoRusso, indictment number 14-043, to all other parties; and it is further

        **ORDERED** that records unsealed pursuant to this order are only to be used in relation to

this litigation.

SO ORDERED:

Hon. Paul E. Davison,
U.S.M.J.

10/27/20