UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GEORGE GALGANO,

                         Plaintiff,

    v.

COUNTY OF PUTNAM, *et al.*,

                         Defendants.

Case No. 16-CV-3572 (KMK)

ORDER

---

KENNETH M. KARAS, United States District Judge:

In view of the pre-motion conference and oral argument recently held on January 27, 2021, the status conference scheduled for February 10, 2021 at 10:30 A.M. is canceled.

SO ORDERED.

DATED:    February 8, 2021
               White Plains, New York

                                            KENNETH M. KARAS
                                            UNITED STATES DISTRICT JUDGE