UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GEORGE GALGANO,

               Plaintiff,

  - against -

COUNTY OF PUTNAM, NEW YORK;
TOWN OF CARMEL, NEW YORK;
ADAM LEVY; ANDRES GIL, LOURDES
GONZALEZ; HENRYLOPEZ; and
MICHAEL T. NAGLE,

               Defendants.
------------------------------------------------------------X

16-CV-03572 (KMK)(PED)

**ORDER**

This matter having come before the Court upon the motion of Defendants Adam Levy, Andres Gil, Lourdes Gonzalez, and Henry Lopez (the "ICDs"), Docket No.: 593, for an Order, *inter alia*, declaring certain text messages to be outside the scope of the Court's Order of September 20, 2018 as well as the protective order governing this lawsuit. As such, it is hereby

**ORDERED** that the communications between plaintiff and Jack Coker and between plaintiff and William Vega, Docket Nos.: 593-2 and 593-3, are not confidential attorney-client communications and are therefore outside the scope of the Court's Order of September 20, 2018 and the Protective Order so ordered on June 7, 2018, DE 212; and it is further

**ORDERED** that the Clerk of Court shall unseal Docket Entries 593, 593-1, 593-2, and 593-3 in their entirety.

SO ORDERED:

Hon. Paul E. Davison,
U.S.M.J.

10-12-21