UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

George Galgano,

                Plaintiff,                      16 CV 3572 (KMK)

    -against-

County of Putnam, New York, et al.,         CALENDAR NOTICE
                                                              RESCHEDULING
               Defendant(s).                 CONFERENCE
-------------------------------------------------------X

This matter is scheduled for a conference on Thursday, November 4, 2021 at 11:30. The Court would like to reschedule the conference to November 16, 2021 at 10:00 via telephone.

The conference will be both a pre-motion conference as well as a brief conference on the Rule 72 objections that the parties submitted in August.

NOTICE OF TELECONFERENCE INFORMATION: Counsel shall call the following number at the designated time: Meeting Dial-In Number (USA toll-free): (888) 363-4749 Access Code: 7702195 Please enter the conference as a guest by pressing the pound sign (#). Given that much of the Court is operating remotely and has limited mail capability, counsel involved in any pro se cases shall mail a copy of this Notice to or otherwise inform the pro se party of the above teleconference information. Counsel in any pro se inmate cases shall ensure that the pro se party is on the line before calling the above-referenced number. Any requests for adjournments should be filed as soon as possible and clearly explain why the conference should be adjourned.

Dated: November 3, 2021
       White Plains, New York

                                                                 So Ordered

                                                                 Kenneth M. Karas, U.S.D.J