UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
GEORGE GALGANO,

                       Plaintiff,                Docket No.:  16-cv-03572
                                                                  (KMK) (PED)

      -against-

COUNTY OF PUTNAM, ADAM LEVY; ANDRES
GIL; LOURDES GONZALEZ; HENRY LOPEZ; and
MICHAEL T. NAGLE,

                       Defendants.
-------------------------------------------------------------------x

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS

To:    AT&T Subpoena Compliance
        11760 U.S. Highway One
        North Palm Beach, Florida 33408
        Facsimile No.: (888) 938-4715

       YOU ARE COMMANDED to produce at the time, date and place set forth below, the requested documents and/or electronically stored information:

- All call detail records for the cell phone number (914) 325-2472 for the period January 1, 2014 through December 31, 2015;
- All billing records for the cell phone number (914) 325-2472 for the period January 1, 2014 through December 31, 2015;
- All call detail records for the cell phone number (914) 325-1263 for the period January 1, 2014 through December 31, 2015;
- All billing records for the cell phone number (914) 325-1263 for the period January 1, 2014 through December 31, 2015;
- All call detail records for the cell phone number (914) 318-3021 for the period January 1, 2014 through December 31, 2015; and
- All billing records for the cell phone number (914) 318-3021 for the period January 1, 2014 through December 31, 2015.

**Place:** Miranda Slone                           **Date and Time:** May 14, 2021 at 10:00 a.m.
         Sklarin Verveniotis LLP
         240 Mineola Boulevard
         Mineola, New York 11501

DATED: Mineola, New York
          April 23, 2021                 MIRANDA SLONE
                                             SKLARIN VERVENIOTIS LLP

*Attorneys for ADAM LEVY, ANDRES GIL, LOURDES GONZALEZ, and HENRY LOPEZ*

/s/ Marc Savoiardo

Maurizio Savoiardo
Richard B. Epstein
240 Mineola Boulevard
Mineola, New York 11501
(516) 741-7676

To:  All Counsel (via email)

2