UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEORGE GALGANO,

                    Plaintiff,

    v.

COUNTY OF PUTNAM, NEW YORK, *et al.*

                    Defendants.

No. 16-CV-3572(KMK)

ORDER

KENNETH M. KARAS, District Judge:

    At the Conference on November 16, 2021, the Court adopted the following schedule:

    The Parties shall submit their Motions for Summary Judgment no later than January 14, 2022. Oppositions shall be due by no later than February 28, 2022. Replies shall be due by no later than March 21, 2022. Sur-reply papers will not be accepted unless prior permission of the Court is given.

    The page limit for movants is 35 pages, and the page limit for responses is 70 pages. If oral argument is requested, it may be scheduled by the Court. Please wait to hear from the Court to schedule argument.

SO ORDERED.

DATED:    November 17, 2022
               White Plains, New York

                                                      KENNETH M. KARAS
                                                      UNITED STATES DISTRICT JUDGE