UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
GEORGE GALGANO,

                Plaintiff,

16-CV-03572 (KMK)(PED)

- against -

COUNTY OF PUTNAM, NEW YORK;
TOWN OF CARMEL, NEW YORK;
ADAM LEVY; ANDRES GIL,
LOURDES GONZALEZ;
HENRY LOPEZ; and MICHAEL T.
NAGLE

[PROPOSED] ORDER

                Defendants.
-----------------------------------------------------------X

      This matter having come before the Court upon the Objection of non-party Helen Maher to the Order of the Magistrate, Dkt No.: 267, denying Ms. Maher's motion to stay the unsealing of intercepted communications, it is hereby

      **ORDERED** that all intercepted communications and related materials obtained pursuant to the following eavesdropping warrants are hereby unsealed:

- May 14, 2014 - phone number (914) 325-2947;
- June 6, 2014 - phone number (914) 325-2947;
- June 6, 2014 - phone number (914) 325-1500;
- June 12, 2014 - phone number (914) 325-2947; and
- June 26, 2014 – phone number (914) 325-1500; and it is further

      **ORDERED** that this unsealing specifically permits the New York State Police to take the necessary measures to reactivate any GPS and/or cell tower links for phone number (914) 325-2947 for the period May 1 through June 30, 2014 and for the phone number (914) 325-1500 for the period May 14 through July 10, 2014; and it is further

      **ORDERED** that the County of Putnam produce any such material within their possession

no later than December 1, 2021; and it is further

**ORDERED** that all materials unsealed pursuant to this Order shall be deemed "Confidential – Attorneys' Eyes Only" pursuant to the Confidentiality Order in effect in this litigation, Dkt. No.: 212; and it is further

**ORDERED** that the Attorneys' Eyes Only designation shall be removed from these records on December 15, 2021 unless either: (1) the parties agree that the designation shall remain over any or all documents unsealed pursuant to this Order; or (2) any party or non-party Helen Maher files an objection to the removal of the designation by letter to the Court prior to December 15, 2021. If the Attorney's Eyes Only designation is removed, all unsealed materials are deemed "Confidential" under the operative Protective Order [Dkt. 212].

**SO ORDERED:**

Hon. Kenneth M. Karas,
U.S.D.J.
11/29/21