UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Galgano,**<br><br>                              **Plaintiff,**<br><br>        *- against -*<br><br>**County of Putnam, et al.**<br><br>                              **Defendants.** | **ORDER**<br><br>16 Civ. 3572 (KMK)(PED) |

**PAUL E. DAVISON, U.S.M.J.**:

    The Court will conduct a telephonic conference regarding the Individual County Defendants' Motion for Sanctions [Dkt. 667] on Monday, August 22, 2022, at 11:30 a.m., using the call-in information which appears at Dkt. 371.

    Counsel for parties not involved in the motion are welcome, but not required, to participate.

Dated: August 11, 2022
       White Plains, New York

                              SO ORDERED

                              Paul E. Davison, U.S.M.J.