

# MIRANDA SLONE SKLARIN VERVENIOTIS LLP

| | | |
|---|---|---|
| MICHAEL A. MIRANDA* | THE ESPOSITO BUILDING | ANNE P. EDELMAN |
| STEVEN VERVENIOTIS | 240 MINEOLA BOULEVARD | GABRIELLA CAMPIGLIA |
| ONDINE SLONE | MINEOLA, NY 11501 | RICHARD B. EPSTEIN |
| RICHARD S. SKLARIN° | TEL  (516) 741-7676 | ABRAHAM WARMBRAND |
| MAURIZIO SAVOIARDO | FAX  (516) 741-9060 | LAURA ALTO |
| ANDREW B. KAUFMAN± | | CHRISTOPHER J. LAMPERT* |
| LAWRENCE S. WASSERMAN* | WWW.MSSSV.COM | BRANDON H. DORMAN |
| | | JAMES KIMMEL° |
| | | MICHAEL R. SEIDON |

SENIOR COUNSEL
LOUISE FASANO
NANCY R. SCHEMBRI°

BRANCH OFFICES:
WESTCHESTER, NY
NEW YORK, NY
CLARK, NJ

*ALSO ADMITTED IN NEW JERSEY
□ALSO ADMITTED IN FLORIDA
±ALSO ADMITTED IN DISTRICT OF COLUMBIA
° RESIDENT IN WESTCHESTER

WRITER'S E-MAIL:
MSAVOIARDO@MSSSV.COM

June 13, 2022

<u>VIA ECF</u>
Hon. Kenneth M. Karas
United States District Court
Southern District of New York
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601

    Re:   Galgano v. County of Putnam, et al.
              SDNY Docket No.: 16 CV 3572 (KMK)(PED)

Dear Judge Karas:

    We represent the Individual County Defendants ("ICDs") in this matter. On June 10, 2022, we filed our opposition to plaintiff's motion for leave to file summary judgment exhibits under seal. Included in the filing, we inadvertently publicly filed Exhibits N, O and P (Dkt 776-7, 776-8, 776-9) that plaintiff had designated as confidential.

    We note that there is already a sealed filing containing Exhibits O and P pursuant to Dkt 283. As such, we respectfully request leave of Court to file exhibits N, O and P, under seal.

    We thank the Court for its attention to this matter.

Respectfully submitted,
**MIRANDA SLONE SKLARIN VERVENIOTIS LLP**

Maurizio Savoiardo

Granted. The Clerk of Court is respectfully asked to seal Dkt. Nos. 776-7, 776-8, and 776-9, restricting access to those documents to only the Parties to this Action and the Court, and to terminate the letter motion pending at Dkt. No. 779.

SO ORDERED.

4/15/2024

cc: All Counsel (via ECF)