## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

GEORGE GALGANO,

                          Plaintiff,                      16 **CIVIL** 3572 (KMK)

      -against-                            **JUDGMENT**

COUNTY OF PUTNAM, NEW YORK;
ADAM LEVY; ANDRES GIL; LOURDES
GONZALEZ; HENRY LOPEZ; and DET.
MICHAEL T. NAGLE,

                        Defendants.

-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated April 15, 2024, the Court grants summary judgment to Defendants on all of Plaintiff's federal claims. The Court also declines to exercise supplemental jurisdiction over Plaintiff's state law replevin claim and Levy's state law defamation and libel counterclaims. Accordingly, the case is closed.

**Dated:**  New York, New York
         April 16, 2024

                                                     **RUBY J. KRAJICK**
                                                       *Clerk of Court*

                          **BY:**
                                                          *Deputy Clerk*